IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>1) PEDRO FELICIANO-ECHEVARRIA<br>**2) MELVIN RIVERA-ARROYO**<br>Defendants | CRIMINAL 06-0173CCC |

**O R D E R**

Having considered the Report and Recommendation filed under seal on March 5, 2007 **(docket entry 88)** on a Rule 11 proceeding of co-defendant Melvin Rivera-Arroyo held before Magistrate Judge Marcos E. López on March 2, 2007, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of co-defendant Melvin Rivera-Arroyo is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since March 2, 2007. The **sentencing hearing is set for June 5, 2007 at 4:15 PM.**

SO ORDERED.

At San Juan, Puerto Rico, on April 12, 2007.

S/CARMEN CONSUELO CEREZO
United States District Judge